944

No. 78–160. WILSON ET AL. v. OMAHA INDIAN TRIBE ET AL.; and

No. 78–161. IOWA ET AL. v. OMAHA INDIAN TRIBE ET AL. C. A. 8th Cir. [Certiorari granted, 439 U. S. 963.] Motion of Native American Rights Fund et al. for leave to file a brief as *amici curiae* granted.

No. 78–354. NORTH CAROLINA v. BUTLER. Sup. Ct. N. C. [Certiorari granted, 439 U. S. 1046.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 78–437. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. WESTCOTT ET AL.; and

No. 78–689. SHARP, COMMISSIONER, DEPARTMENT OF PUBLIC WELFARE OF MASSACHUSETTS v. WESTCOTT ET AL. D. C. Mass. [Probable jurisdiction noted, 439 U. S. 1044.] Motion of appellant in No. 78–689 for additional time for oral argument granted, and five additional minutes allotted for that purpose. Appellees in these cases also allotted five additional minutes for oral argument.

No. 78–759. LEROY, ATTORNEY GENERAL OF IDAHO, ET AL. v. GREAT WESTERN UNITED CORP. C. A. 5th Cir. [Probable jurisdiction noted, 439 U. S. 1065.] Motion of the Solicitor General to permit the Securities and Exchange Commission to participate in oral argument as *amicus curiae* granted, and 15 additional minutes allotted for that purpose. Appellant also allotted 15 additional minutes for oral argument.

No. 78–6032. ORONOZ v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 78–874. ROTH ET AL. v. BANK OF THE COMMONWEALTH. C. A. 6th Cir. Certiorari granted.